In the Matter of FRANCES R. GRANT et al., Appellants, against SIDNEY NEWBERGER et al., as Trustees of MASTER INSTITUTE OF UNITED ARTS, INC., Respondents.

Argued October 26, 1938; decided November 29, 1938.

*Herbert Plaut* and *Harold Davis* for appellants.

*Edward J. Chapman, Jonas J. Shapiro* and *Harold H. Stern* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.